PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADON BANKS,<br><br>         Plaintiff,<br><br>    vs.<br><br>S/CO LIMA, et. al.,<br><br>         Defendants. | Case No. 2:22-cv-1622-CDS-BNW<br><br>**JOINT STIPULATION (WITH PROPOSED ORDER) TO CONTINUE ALL DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiff Adon Banks and Defendants, stipulate to continue all discovery deadlines in this matter by 120-days.  This is the parties' second request for an extension of discovery deadlines.  This Stipulation is supported by good cause and excusable neglect.

**A.     Discovery Completed:**

Defendants have provided initial and supplemental disclosures.  Plaintiff has propounded written discovery which has been responded to by Defendants.

**B.     Discovery Remaining:**

Both parties will need to take depositions of fact and expert witnesses.  Additionally, the parties may need to propound additional written discovery.

1

Adon Banks v. S/CO Lima, *et. al*.,
United States District Court, Case No. 2:22-cv-1622-CDS-BNW
*Stipulation To Continue Discovery Deadlines*
PPL No. 205537-12-06

**C.      Need for Extension of Discovery Plan:**

Counsel for the respective parties have communicated regarding this request and agree that an extension is needed to complete discovery in this case while balancing their other competing case commitments. For instance, counsel for Plaintiff commenced a trial on April 15, 2024 in a complex medical malpractice case. Although the trial was expected to last 4-weeks, the matter resolved on April 22, 2024. However, because of the significant preparation required for that trial, counsel for Plaintiff was simply not able to dedicate the time needed for the completion of discovery in this case. Similarly, counsel for Defendants has also been very busy during the past month and has numerous case-related deadlines in other matters coming due within the next 60-days.

In light of what the parties' counsel have represented above, an extension of 120-days for all discovery deadlines is both reasonable and necessary. As noted earlier, this is the parties' second request for an extension of time.

**D.      Proposed New Discovery Schedule:**

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Close of Discovery | June 21, 2024 | **October 21, 2024 (Monday)** |
| Amend Pleadings and/or Add Parties | April 22, 2024 | **August 20, 2024 (Tuesday)** |
| Initial Expert Disclosures | April 22, 2024 | **August 20, 2024 (Tuesday)** |
| Rebuttal Expert Disclosures | May 22, 2024 | **September 19, 2024 (Thursday)** |
| Dispositive Motions | July 22, 2024 | **November 20, 2024 (Wednesday)** |
| Pre-Trial Order | August 22, 2024 | **December 20, 2024 (Friday)[1]** |

---

[1] The parties agree that in the event either party files a dispositive motion, the requirement to

2

Adon Banks v. S/CO Lima, *et. al*.,
United States District Court, Case No. 2:22-cv-1622-CDS-BNW
*Stipulation To Continue Discovery Deadlines*
PPL No. 205537-12-06

**E.     Conclusion**

For the reasons set forth above, the parties respectfully request that the Court approve this Stipulation and the proposed deadlines extending all discovery deadlines.

DATED this 24th day of April 2024.

Respectfully submitted,

/s/ Kyle Hill                                                         /s/ Paul S. Padda

Kyle Hill, Esq.                                                    Paul S. Padda, Esq.
Deputy Attorney General                                *Attorney for Plaintiff*
*Attorney for Defendants*

**IT IS SO ORDERED:**

**The parties' second stipulation for extension of discovery deadlines is hereby approved. The dates proposed by the parties in paragraph "D" of the Stipulation shall govern further proceedings with the close of discovery extended to October 21, 2024.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**   4/26/2024

---

file a Pretrial Order pursuant to Local Rule 16-4 shall be suspended to and until 30-days <u>after</u> the Court issues a ruling/decision on all dispositive motions.

3

Adon Banks v. S/CO Lima, *et. al*.,
United States District Court, Case No. 2:22-cv-1622-CDS-BNW
*Stipulation To Continue Discovery Deadlines*
PPL No. 205537-12-06

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940