PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADON BANKS, | |
| Plaintiff, | Case No. 2:22-cv-1622-CDS-BNW |
| vs. | **JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT** |
| S/CO LIMA, et. al., | |
| Defendants. | |
| | **(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule of Civil Practice 7-1, the parties hereby stipulate, subject to the Court's approval, to allow Plaintiff an additional 7-days (or until March 19, 2025) to file a Reply to Defendants' Opposition[1] to Plaintiff's Motion for Leave to File a Second Amended Complaint.[2]  Presently, Plaintiff's Reply is due today, March 12, 2025.  This is the parties' first request for an extension of time relating to Plaintiff's deadline to file a Reply.

---

[1] ECF No. 56.

[2] ECF No. 55.

1

1   This Stipulation is supported by good cause.  Plaintiff's counsel has reviewed the
2   Defendants' Opposition and needs additional time to review and respond to the legal
3   arguments presented.  Additionally, counsel for the parties are in discussions to resolve some
4   of the issues raised in the Opposition.  An additional 7-days will permit the parties sufficient
5   time to accomplish the foregoing.

   The parties respectfully request that the Court approve this Stipulation.

   DATED this 12th day of March 2025.

                                                       Respectfully submitted,

/s/  Kyle Hill                                         /s/  Paul S. Padda
_____                            _____
Kyle Hill, Esq.                                        Paul S. Padda, Esq.
Deputy Attorney General                                *Attorney for Plaintiff*
*Attorney for Defendants*

                                                       **IT IS SO ORDERED:**


                                                       _____
                                                       **UNITED STATES MAGISTRATE JUDGE**


                                                       **DATED:** March 13, 2025

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

2

Adon Banks v. S/CO Lima, *et. al*.,
United States District Court, Case No. 2:22-cv-1622-CDS-BNW
*Stipulation To Extend Time For Plaintiff To File A Reply*
PPL No. 205537-12-06