AARON D. FORD
 Attorney General
KYLE L. HILL, (Bar No.16094)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendant*
*Drew Wilson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADON BANKS,<br><br>               Plaintiff<br><br>v.<br><br>S/CO LIMA, et al.,<br><br>               Defendants | Case No.  2:22-cv-01622-CDS-BNW<br><br>**JOINT STIPULATION AND ORDER FOR CONTINUANCE OF HEARING SET FOR JANUARY 27, 2026 AT 10:00 AM**<br><br>**[**ECF No. 72**]** |

    Plaintiff Adon Banks, by and through counsel Paul Padda, Esq., and Ravi Chanderraj, Esq., and Defendant, Drew Wilson, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Kyle L. Hill, Deputy Attorney General, hereby submit this Joint Stipulation and Order for Continuance of the Hearing currently set for January 27, 2026, at 10:00 a.m. This is the first request.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    SUMMARY OF THE ARGUMENT

    Good cause exists to continue the hearing currently scheduled for January 27, 2026, at 10:00 a.m. as counsel for Defendant will not be available to appear on that date. Counsel for Defendant will be out of the jurisdiction on that day and will be traveling, and so will be unable to attend either in person or remotely. Further, given counsel's familiarity with this matter, a continuance so counsel for Defendant can make an appearance rather than

///

having another Deputy from the Office of the Attorney General appear is preferable in order for this matter to fully addressed at the time of the hearing.

## II.    BRIEF STATEMENT OF THE CASE

This is a prisoner civil rights action brought by Plaintiff Adon Banks (Banks), asserting a claim pursuant to 42 U.S.C. § 1983.1 Following mandatory screening of the complaint, this Court allowed Banks to proceed on an Eighth Amendment failure to protect claim against Defendant Drew Wilson (Wilson). ECF No. 12 at 5:3-4. Banks filed his Motion for Partial Summary Judgment with Respect to Liability, based on his expert's report, on June 26, 2025. ECF No. 64.  This matter has been fully briefed by the parties, and this Court set an in person hearing date for January 27, 2026, at 10:00 a.m. ECF No. 70.

## III.    ARGUMENT

To evaluate a request for continuance, courts evaluate (1) the extent of the moving party's diligence in preparing for the case for trial; (2) the usefulness of the continuance or the likelihood "that the need for a continuance could have been met if the continuance had been granted"; (3) the extent to which granting the continuance would inconvenience the court, the opposing party, and the witnesses; and (4) the extent to which the moving party might suffer prejudice from the Court denying the request for a continuance. *Bryant v. Madison Mgmt. Servs., LLC*, No. 2:20-CV-00594-CDS-EJY, 2025 WL 928868, at *1 (D. Nev. Mar. 27, 2025) (citing *United States v. Flynt*, 756 F.2d 1352, 1358–59 (9th Cir.), amended, 764 F.2d 675 (9th Cir. 1985)).

Here, this matter was only recently scheduled and the parties diligently notified the Court of Defense counsel's unavailability for the hearing as currently scheduled. As defense counsel is unavailable due to a previously scheduled vacation, the parties are asking for a brief continuance to February 17, 2026, at 11:00, or at the Court's convenience. This continuance is necessary as counsel for Defendant will not be available on January 27, 2026. Given counsel's familiarity with the matter and the arguments presented in the briefings on Plaintiff's Partial Motion for Summary Judgment, counsel's presence, rather than having another Deputy fill in, will benefit the hearing and aid in reaching a resolution

on the matter. Further, another deputy filling in could result in prejudice towards Defendant given the familiarity that undersigned defense counsel has regarding this matter. Given defense counsel is available on and after February 2, 2026, there is no significant delay which would prejudice any of the parties.

## IV.    CONCLUSION

The Parties agree to stipulate to a brief extension of the scheduled hearing for Plaintiff's Limited Motion for Summary Judgment, currently scheduled for January 27, 2026, at 10:00 a.m., to February 17, 2026, at 11:00 am. For the reasons above, defense counsel is unavailable for January 27, 2026, but given the nature of the hearing, undersigned defense counsel wishes to make an appearance, and thus requests this Court continue the hearing to February 17, 2026, at 11:00 am.

DATED this 6th day of January, 2026.              DATED this 6th day of January, 2026.

PAUL PADDA, ESQ.                                  AARON D. FORD
Paul Padda Law, PLLC                              Attorney General

By: /s/ Ravi Chanderraj                           By: /s/ Kyle L. Hill
     Ravi Chanderraj, #17053                           Kyle L. Hill, Esq. (Bar No. 16094)
                                                       Deputy Attorney General

     Attorneys for Plaintiff                          Attorneys for Defendants

                                                  **IT IS SO ORDERED:**


                                                  _____
                                                  **UNITED STATES DISTRICT JUDGE**
                                                  **DATED: January 8, 2026**

Page **3** of **3**