UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Adon Banks, | Case No. 2:22-cv-01622-CDS-BNW |
| Plaintiff | **Order Granting in Part the First Joint Stipulation to Continue Supplemental Briefing and Denying the Plaintiff's Motion for Partial Summary Judgment** |
| v. | |
| Drew Wilson, | |
| Defendant | [ECF Nos. 64, 77] |

Plaintiff Adon Banks brings this civil-rights action under 42 U.S.C. § 1983, alleging a deliberate indifference claim in violation of his Eighth Amendment rights against Drew Wilson. *See* First am. compl., ECF No. 13. Banks moves for partial summary judgment on the issue of liability. Mot. summ. j., ECF No. 64.[1] Wilson filed a response, seeking a motion for summary judgment to be entered in his favor. ECF No. 65 at 5–13.

On February 17, 2026, I held a hearing regarding the plaintiff's motion for partial summary judgment, and after considering the parties' arguments, I ordered the parties to prepare a supplemental brief addressing the question of administrative exhaustion. Mins., ECF No. 75. The plaintiffs' supplemental brief was due February 27, 2026 and the defendant's response is due March 10, 2026. Thereafter, the parties filed a joint stipulation for extension of time to allow time for the defendant to file a response while mediation is pending. *See* Stip., ECF No. 77. In their stipulation, the parties request that the defendant's response deadline be continued to April 7, 2026. *Id.*

Because I find good cause exists to extend the defendant's response deadline, I grant the parties' joint stipulation in part, but modify their requested relief. I deny without prejudice Banks's motion for partial summary judgment so the parties can participate in mediation. The parties must file a joint status report within fourteen days of the mediation conference detailing

---

[1] This motion has been fully briefed. *See* Resp., ECF No. 65; Reply, ECF No. 66.

whether the case settled or not. If the parties are unsuccessful at mediation, then the court will reactivate Banks's motion. Then, within fourteen days after the status report is filed, the defendant must file his response to the plaintiff's supplemental brief.

## Conclusion

IT IS HEREBY ORDERED that the parties' stipulation to extend the briefing schedule **[ECF No. 77] is GRANTED in part**, as set forth herein.

IT IS FURTHER ORDERED that the plaintiff's motion for partial summary judgment **[ECF No. 64] is denied without prejudice**, subject to reactivation following the conclusion of mediation, as set forth in this order.

IT IS FURTHER ORDERED that the parties must file a joint status report within fourteen days of the mediation conference, detailing the outcome of the mediation. If mediation is unsuccessful, then within fourteen days of filing the joint status report, the defendant must file his response to the plaintiff's supplemental brief (ECF No. 76).

Dated: March 4, 2026

_____
Cristina D. Silva
United States District Judge

2